THE PEOPLE OF THE STATE OF NEW YORK ex rel. LOUIS FISHKIN, Appellant, against FREDERICK L. MOREHEAD, as Warden of City Prison, Borough of Queens, Respondent.

Submitted November 13, 1939; decided November 21, 1939.

*Howard Henig* for motion.

*Charles P. Sullivan, District Attorney (Edmund C. Rowan* of counsel), opposed.

Motion denied. The appellant may appeal as of right if a constitutional question is directly involved.